RECEIVED
OCT 27 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Criminal No. 08-210 |
| vs. | ) |
| | ) |
| Robert Bonine Beale (1), | ) |
| John Howard Pelton (2), and | ) |
| Frederick Ogan Bond (4), | ) |
| | ) |
| Defendants. | ) |

### VERDICT FORM FOR DEFENDANT BEALE

We, the jury, impaneled and sworn in this matter, make the following answers to the questions asked by the Court in this action:

QUESTION NO. 1: As to Count One charging the defendant, Robert Bonine Beale, with conspiracy to prevent by force, intimidation, or threat, an officer of the United States from discharging her duties under the law, we find the defendant,

_____ not guilty          __✓__ guilty

QUESTION NO. 2: As to Count Two charging the defendant, Robert Bonine Beale, with obstruction of justice, we find the defendant,

_____ not guilty          __✓__ guilty


SCANNED
OCT 2 8 2008
U.S. DISTRICT COURT MPLS

<u>VERDICT FORM FOR DEFENDANT PELTON</u>

We, the jury, impaneled and sworn in this matter, make the following answers to the questions asked by the Court in this action:

<u>QUESTION NO. 1:</u> As to Count One charging the defendant, John Howard Pelton, with conspiracy to prevent by force, intimidation, or threat, an officer of the United States from discharging her duties under the law, we find the defendant,

\_\_\_\_\_ not guilty          \_\_✓\_\_ guilty

<u>QUESTION NO. 2:</u> As to Count Two charging the defendant, John Howard Pelton, with obstruction of justice, we find the defendant,

\_\_\_\_\_ not guilty          \_\_✓\_\_ guilty

VERDICT FORM FOR DEFENDANT BOND

We, the jury, impaneled and sworn in this matter, make the following answers to the questions asked by the Court in this action:

QUESTION NO. 1: As to Count One charging the defendant, Frederick Ogan Bond, with conspiracy to prevent by force, intimidation, or threat, an officer of the United States from discharging her duties under the law, we find the defendant,

_____ not guilty           __✓__ guilty

QUESTION NO. 2: As to Count Two charging the defendant, Frederick Ogan Bond, with obstruction of justice, we find the defendant,

_____ not guilty           __✓__ guilty

Dated this 27th day of October, 2008.

_____
Jury Foreperson